IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NICHOLAS BENNETT,

    Plaintiff,

  v.

                                              Case No. 20-cv-861-jdp

DR. KIM AND DR. SYED,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/  
Peter Oppeneer, Clerk of Court

11/10/2020  
Date